[*Endorsed:*]
Sommation le sieur Michel Boucher Au sr Jean Bailly 1676
Protest de la lettre de 2117$^{li}$ sur monsieur Bailly

The Court of Assistants (Records, i. 58) upheld the verdict of the lower Court and ordered Elson to pay 14s additional costs.]

## Bozworth ag$^t$ Moulder

Samuel Bozworth Assigne of Robert Harwood plaint. ag$^t$ Nicholas Moulder Defend$^t$ The plaint. withdrew his action.   [ 359 ]

## Little ag$^t$ Adams

Jsaac Little plaint. ag$^t$ Alexand$^r$ Adams Defend$^t$ in an action of debt of Sixteen pounds thirteen Shillings & Six pence in mony due for twenty tunns & thirty six foote of Ship timber delivered by the s$^d$ Little or his order to the s$^d$ Adams in Boston at Sixteen Shillings per tunn according to agreem$^t$ with all other due damages according to attachm$^t$ dat. 22$^d$ of Octob$^r$ 1675. . . . The Jury . . . founde for the plaint. three pounds two Shillings six pence mony & costs of Court.

## Sandford ag$^t$ Orchard

Robert Sandford plaint. ag$^t$ Robert Orchard Defend$^t$ in an action of the case for running a halfe pike or instrument into the side of a horse of the s$^d$ Sandford of which wound made thereby the s$^d$ horse dyed to the great damage of the s$^d$ Sandford according to attachm$^t$ dat. Octob$^r$ 30th 1675. . . . The Jury . . . founde for the plaint. for this damage that comes by the Stabbing his horse Seven pounds mony & costs of Court. allow$^d$ twenty nine Shillings ten pence.

Execution issued 17° Nov. 1679.

[ This case was retried in April, 1681, too late to be covered by this book.  From documents filed with that case, it appears that it grew out of service in King Philip's War.

The following is from the Reasons of Appeal of Joseph Holmes, Sanford's attorney, dated September, 1681 (S. F. 2013.4):

3 from the merit of the case: tis svfistiantly prooved that orchard killed Sanfords hors and that with ovt any Just cavs and thear fore tis bvt an honist thing that he shoolld pay for him and not the contry as orchard woold have it nor shoold sanford loos his hors and so good a hors as he was and so baisly killd as is evident from the testemonys he was the witnesis say thear was a fenc betwen the men and the horsis and orchard only he and with his havlf pick and sav